1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CU S. CUN,

11              Plaintiff,              No. CIV S-05-1740 GGH

12         vs.

13   JO ANNE B. BARNHART,
14   Commission of Social Security,

15              Defendant.          <u>FINDINGS AND RECOMMENDATIONS</u>

16   _____/

17              This action was referred to the undersigned pursuant to Local Rule 72-302(c)(15).

18   Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within 120 days of

19   filing the complaint, the court may dismiss the complaint without prejudice as to that defendant.

20   In the scheduling order filed October 6, 2005, plaintiff was directed to complete service of

21   process on defendant within 20 days.  This action was filed August 19, 2005, and plaintiff has

22   not yet served defendant with summons.  By order filed March 3, 2006, plaintiff was directed to

23   show cause within 20 days why this action should not be dismissed for failure to serve defendant.

24   Subsequently, service was not effected.  Plaintiff did not respond to the order to show cause and

25   consequently has shown no good cause why defendant has not been served.

26   /////

1

1      Accordingly, the Clerk of the Court is directed to assign to this case a United

2 States District Judge, and IT IS HEREBY RECOMMENDED that this case be dismissed.

3      These findings and recommendations are submitted to the United States District

4 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten

5 (10) days after being served with these findings and recommendations, any party may file written

6 objections with the court and serve a copy on all parties.  Such a document should be captioned

7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

8 shall be served and filed within ten (10) days after service of the objections. Plaintiff is advised

9 that failure to file objections within the specified time may waive the right to appeal the District

10 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11 DATED: 5/9/06

12                                                     /s/ Gregory G. Hollows

13                                            _____
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE
   GGH:035
14 cun.fsrv

2